UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Attorney's Name, Address, Telephone            )
Number and District Court I.D. Number:         )
                                               )
                                               )
                                               )
                                               )
                                               )
                                               )
                                               )
                                               )
                                               )
_____)

In re:                                         )
                                               )
                                               )    Case Number _____
                                               )
                                               )
                                               )
                       Debtor.[1]              )
_____)

## Declaration Re: Electronic Filing of
## Petition for Relief, Schedules and Statements

PART I - DECLARATION OF DEBTOR FILING A PETITION FOR RELIEF

    I,_____, the undersigned debtor, hereby declare under penalty of perjury that the information provided in the electronically filed petition, statements and schedules is true and correct.  I consent to my attorney electronically filing my petition, this declaration, statements and schedules to the United States Bankruptcy Court.  I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed electronically with the Clerk of the Court simultaneously with the petition.  I understand that failure to file this DECLARATION may cause my case to be dismissed without further notice or hearing.

    ____ [If the debtor is an individual whose debts are primarily consumer debts and has chosen to file under Chapter ____] I am aware that I may proceed under Chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each chapter, and choose to proceed under Chapter ____.  I request relief in accordance with the chapter specified in the petition for relief.

---

[1]If a joint petition for relief is being filed, each gender does include the other gender and the singular does include the plural.

cm/ecf/declaration/10.26.2004

\_\_\_\_    [If the debtor is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

\_\_\_\_    [If the debtor files and application to pay filing fees in installments] I certify that I completed an application to pay the filing fee in installments. I am aware that the bankruptcy case may be dismissed without further notice or hearing and I may not receive a discharge of my debts if the fee is not paid in accordance with the Court's order granting my application.

_____

Signature of Debtor
NATHAN P FISHKIN, MANAGER

_____

Signature of Joint Debtor

_____

Date

PART II - DECLARATION OF ATTORNEY

I declare under penalty of perjury that the debtor signed this form before I electronically transmitted it and the petition for relief, schedules and statements to the United States Bankruptcy Court, and I have followed all other requirements in Operating Order 04-11. If the debtor is an individual, I further declare that I have informed the debtor that he or she may proceed under Chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each chapter. This DECLARATION is based on information of which I have knowledge.

_____

Signature of Attorney for Debtor