# THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | Case No. 09-02083-jw |
| ) | Chapter 11 |
| INLET RETAIL ASSOCIATES, LLC, ) | |
| ) | |
| Debtor. ) | |

## AFFIDAVIT OF PROPOSED AGENT
(LOCAL RULE 2014, EXHIBIT 1)

The undersigned, CHRISTOPHER J. DECOUFLÉ, hereby affirms:

I am a duly licensed real estate agent, specializing in the sale of commercial properties. I work with CB RICHARD ELLIS, INC. (the "Agency") with an office located at 3280 Peachtree Road, NW, Suite 1400, Atlanta, GA 30305. By the filing of this affidavit, the undersigned advises the Court that the Agency, and its agents, have been retained by the Debtor for the purposes described in the Debtor's attached Application. The Debtor has no association with either the Agency or the affiant, except for the purposes stated, and there are no prepetition charges due either the Agency or the agents by the Debtor.

The Agency and its agents are disinterested persons and do not hold or represent an interest adverse to the Debtor, creditors, any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee. The following is a full description of all connections which the Agency and the agents have with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee: None.

If any of the information provided in this affidavit changes during the pendency of this case, I will promptly inform the court of such changes.

_____
CHRISTOPHER J. DECOUFLÉ
Agent for CB RICHARD ELLIS, INC.

SWORN to before me April 30, 2009

/s/ Kira L. Bryant _____ (SEAL)
NOTARY NAME: Kira L. Broyard
Notary Public for Georgia
My Commission Expires: 4-13-10