**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| IN RE: | ) | Case No. 09-2083-jw |
|---|---|---|
| | ) | Chapter 11 |
| **INLET RETAIL ASSOCIATES, LLC** | ) | |
| | ) | |
| **Debtor.** | ) | |

**TALLY OF BALLOTS FOR PLAN**
**SECTION A. TALLY OF BALLOTING: CLASSES, BY NUMBER OF VOTES**

| CLASS | ACCEPT | PERCENT | REJECT | PERCENT |
|---|---|---|---|---|
| 1 | 1 | 100% | 0 | 0% |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | 1 | 100% | 0 | 0% |
| 8 | | | | |
| 9 | | | | |
| 10 | 1 | 100% | 0 | 0% |
| 11 | 2 | 100% | 0 | 0% |
| 12 | | | | |
| 13 | 5 | 100% | 0 | 0% |
| 14 | 2 | 100% | 0 | 0% |

**SECTION B. TALLY OF BALLOTING: CLASSES, BY AMOUNTS**

| CLASS | ACCEPT | PERCENT | REJECT | PERCENT |
|---|---|---|---|---|
| 1 | $28,520.00 | 100% | $0.00 | 0% |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | $18,667,377.45 | 100% | $0.00 | 0% |
| 8 | | | | |
| 9 | | | | |
| 10 | $2,675,704.43 | 100% | $0.00 | 0% |
| 11 | $65,000.00 | 100% | $0.00 | 0% |
| 12 | | | | |
| 13 | $285,834.69 | 100% | $0.00 | 0% |
| 14 | $0.00 | 100% | $0.00 | 0% |

/s/ IVAN N. NOSSOKOFF
**Ivan N. Nossokoff**
**District Court ID No. 2556**
**IVAN N. NOSSOKOFF, LLC**
**1470 Tobias Gadson Blvd., Suite 107**
**Charleston SC 29407**

8/21/09
Charleston, South Carolina

**843-571-5442**
**ATTORNEY FOR DEBTOR**

**INLET BALLOT TALLIES**

| Class # | Name | | Amount | Accept | Decline |
|---|---|---|---|---|---|
| 1 | Ivan N. Nossokoff, LLC | | $28,520.00 | X | |
| **1** | **TOTAL** | **1** | **$28,520.00** | | |
| 7 | RAIT | | $18,667,377.45 | X | |
| **7** | **TOTAL** | **1** | **$18,667,377.45** | | |
| 10 | Vratsinas Construction Company d/b/a VCC | | $2,675,704.43 | X | |
| **10** | **TOTAL** | **1** | **$2,675,704.43** | | |
| 11 | Ann Archer | | $65,000.00 | X | |
| 11 | Linda Dreyfus | | undetermined | X | |
| **11** | **TOTAL** | **2** | **$65,000.00** | | |
| 13 | DDC Engineers | | $15,976.25 | X | |
| 13 | Nathan Fishkin | | $6,958.00 | X | |
| 13 | Nathan Fishkin | | $129,333.00 | X | |
| 13 | Charles Fancher, Jr. | | $4,234.44 | X | |
| 13 | Charles Fancher, Jr. | | $129,333.00 | X | |
| **13** | **TOTAL** | **5** | **$285,834.69** | | |
| 14 | Nathan Fishkin | | | X | |
| 14 | Charles Fancher, Jr. | | | X | |
| **14** | **TOTAL** | **2** | | | |